IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERAMEY R. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-109 DRH |
| ) | |
| BARBARA UNFRIED, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Currently pending before the Court are a Motion for Leave to Take Discovery Relating to the Present Whereabouts of Defendant Chuck Yelm (Doc. 65) and a Motion for Leave to Take Discovery Before Filing Responses to Defendants' Motions for Summary Judgment (Doc. 66) both filed by Plaintiff Jeramey R. Brown. Both of these motions are **GRANTED**.

Plaintiff may conduct discovery aimed at locating and serving Defendant Yelm. Plaintiff shall file a response to the Defendants' Motions for Summary Judgment by **January 31, 2011**.

**IT IS SO ORDERED.**

**DATED: July 21, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**
