IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JERAMEY R. BROWN**,

**Plaintiff,**

v.

**BARBARA UNFRIED, et al.,**

**Defendant.**                                                    No. 08-0109-DRH

ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On July 21, 2010, Magistrate Judge Wilkerson granted Plaintiff leave to take discovery relating to the present whereabouts of Defendant Chuck Yelm and a motion for leave to take discovery before filing responses to Defendants' motions for summary judgment and allowed Plaintiff up to and including January 31, 2011 to file the responses (Doc. 67). Based on the amended discovery schedule, the Court **STRIKES** as premature Defendants' motions for summary judgment (Docs. 43 and 48). Further, the Court **EXTENDS** the dispositive motion deadline to December 31, 2010. Plaintiff's response deadline to the summary judgment motions remains January 31, 2011.

**IT IS SO ORDERED.**

Signed this 4th day of August, 2010.

/s/     David R Herndon
**Chief Judge**
**United States District Court**